**STATE of Missouri, Respondent,**

v.

**Roland G. ALLEN, Appellant.**

**No. WD 40825.**

Missouri Court of Appeals, Western District.

Dec. 19, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1990.

David S. Durbin, Appellate Defender, and Terri L. Backhus, Asst. Appellate Defender, State Public Defender's Office, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

## ORDER

PER CURIAM:

Appeal from a conviction of forgery, § 570.090.1(4), RSMo 1986, and from a ten-year sentence of imprisonment.

Affirmed. Rule 30.25(b).